STATE OF LOUISIANA                    NO. 21-K-127

VERSUS                                FIFTH CIRCUIT

PEDRO A. MONTERROSO                   COURT OF APPEAL

                                      STATE OF LOUISIANA

_____

March 22, 2021

_____

Susan Buchholz
First Deputy Clerk

**IN RE** PEDRO A. MONTERROSO

_____

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT
COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
DONALD L. FORET, DIVISION "H", NUMBER 14-3761

_____

Panel composed of Judges Robert A. Chaisson,
Stephen J. Windhorst, and Hans J. Liljeberg

**WRIT OF MANDAMUS GRANTED**

In his writ application, relator, Pedro Monterroso, complains that the district court has failed to act on a motion for speedy trial allegedly filed in December of 2020. Accordingly, we grant relator's request for mandamus relief and order the district court to expeditiously set relator's motion for speedy trial for contradictory hearing in accordance with La. C.Cr.P. art. 701(F),[1] if the trial court has not already done so.

Gretna, Louisiana, this 22nd day of March, 2021.

**RAC**
**SJW**
**HJL**

_____

[1] La. C.Cr.P. art. 701(F) provides that a "motion for speedy trial filed by the defendant, but not verified by the affidavit of his counsel, shall be set for contradictory hearing within thirty days."

21-K-127

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/22/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**21-K-127**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald L. Foret (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Pedro A. Monterroso #1001521692
(Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054